IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | C O M P L A I N T |
| TRC GLOBAL SOLUTIONS, INC., | ) ) ) | |
| Defendant. | ) ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 to correct unlawful employment practices on the basis of retaliation, and to provide appropriate relief to Princess Barksdale, who was adversely affected by such practices. TRC Global Solutions, Inc., terminated Barksdale's employment in retaliation for her complaints of race discrimination and retaliation.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the Eastern District of Wisconsin.

1

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, TRC Global Solutions, Inc. ("TRC") has been a corporation providing relocation service to corporate clients, doing business in the State of Wisconsin and the City of Milwaukee, and has had at least 15 employees.

5. At all relevant times, Defendant TRC has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Princess Barksdale ("Barksdale") filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least October, 2008, Defendant TRC has engaged in unlawful employment practices in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a). Such practices included, but were not limited to, terminating Barksdale's employment in retaliation for her opposition to practices made unlawful under Title VII and/or her participation in an EEOC proceeding:

    a. On or about October 22, 2008, Barksdale submitted a written complaint to Defendant TRC claiming that she was being subjected to discrimination and retaliation; and

2

b. On or about October 22, 2008, Barksdale filed a charge of discrimination with the Commission, alleging that she had been subjected to race discrimination and retaliation by Defendant TRC; and

c. On or about October 23, 2008, Defendant TRC terminated Barksdale's employment because of her claims of discrimination and retaliation.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Barksdale of equal employment opportunities and otherwise adversely affect her status as an employee because of her opposition to conduct prohibited by Title VII and/or her participation in an EEOC proceeding.

9. The unlawful employment practices complained of in paragraph 7 and 8 were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 and 8 above were done with malice or with reckless indifference to the federally protected rights of Barksdale.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant TRC, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in retaliation against persons who engage in protected activity by opposing conduct prohibited by Title VII or by participating in EEOC proceedings.

B. Order Defendant TRC to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant TRC to make whole Princess Barksdale, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement.

D. Order Defendant TRC to make whole Princess Barksdale, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 and 8 above, in amounts to be determined at trial.

E. Order Defendant TRC to make whole Princess Barksdale by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 and 8 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendant TRC to pay Princess Barksdale punitive damages for its malicious and reckless conduct described in paragraph 7 and 8 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

4

H. Award the Commission its costs of this action.

>EQUAL EMPLOYMENT OPPORTUNITY
>COMMISSION
>
>James Lee
>Deputy General Counsel
>
>Gwendolyn Young Reams
>Associate General Counsel
>
>1801 L Street N.W.
>Washington, DC  20507
>
> s/John C. Hendrickson
>John C. Hendrickson
>Regional Attorney
>
>s/Jean P. Kamp
>Jean P. Kamp
>Associate Regional Attorney
>
>Chicago District Office
>500 West Madison Street, Suite 2000
>Chicago, IL  60661
>(312) 353-8551
>
>`s/Brian C. Tyndall`
>Brian C. Tyndall
>Senior Trial Attorney
>
>Milwaukee Area Office
>310 West Wisconsin Ave., Suite 800
>Milwaukee, WI 53202
>(414) 297-1130